Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEKOU A STRIVERS, et al. <br><br> Defendants. | CASE NO.  2:13-cv-00937-LKK-AC <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER |

**TO THE HONORABLE LAWRENCE K. KARLTON, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

As of this date, Plaintiff has been unable to successfully serve its initiating suit papers upon defendants Sekou A. Strivers, individually and d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood; and Strivers Enterprises, LLC, an unknown business entity d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood.

**WHEREFORE**, Plaintiff makes the following representations and recommendations:

1. On May 13, 2013, Plaintiff's Complaint was filed against Defendants Sekou A. Strivers, individually and d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood; and Strivers Enterprises, LLC, an unknown business entity d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood.

///

2.	Plaintiff has incurred difficulties locating the whereabouts of the Defendants. As such, Plaintiff has *still* not perfected service of the initiating suit papers upon the Defendants, Sekou A. Strivers and Strivers Enterprises, LLC, despite efforts to do so. (Please find a true and correct copy of the process server's Status Reports attached hereto and made part hereof as Plaintiff's Exhibit 1).

3.	Plaintiff respectfully requests this additional continuance of time to skiptrace the defendants and *locate* their whereabouts. In the event it is determined Plaintiff cannot locate the Defendants, Plaintiff's counsel will seek no further extensions in this action and will either dismiss the defendants outright or seek to effect service by publication within the additional days granted by way of this Application before this Honorable Court.

4.	Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order further continuing the Initial Scheduling Conference presently set for August 5, 2013 at 11:30 AM. As set forth below, Plaintiff respectfully requests this Honorable Court continue the Status Conference and extend the time to complete service an additional Thirty (30) days to Forty-Five (45).

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for August 5, at 11:30 AM and permit Plaintiff an additional Thirty (30) days to Forty-Five (45) from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to the named defendant.

Respectfully submitted,

Dated: July 22, 2013	*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

///

///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 2:13-cv-00937-LKK-AC**

# ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:13-cv-00937-LKK-AC styled *Joe Hand Promotions, Inc. v. Sekou A. Strivers, et al.*, is hereby continued from 11:30 AM, August 5, 2013 to September 9, 2013 at 2:00 p.m.  Status reports shall be filed 14 days prior to the status conference.

Plaintiff is granted an additional thirty (30) days to forty-five (45) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Sekou A Strivers and, individually and d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood;  Strivers Enterprises, LLC, an unknown business entity d/b/a Sekou's BBQ Fried Chicken, Fish and Seafood, where service has not been made or service by publication requested.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

DATED:  July 30, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

///
///
///
///
///

**PROOF OF SERVICE (SERVICE BY MAIL)**

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO
COMPLETE SERVICE; AND ORDER (Proposed)
CASE NO. 2:13-cv-00937-LKK-AC**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 22, 2013, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE AND EXTENDING TIME TO COMPLETE SERVICE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Sekou A. Strivers (Defendant)
455 Bercut Drive
Sacramento, CA 95811

Strivers Enterprises, LLC (Defendant)
455 Bercut Drive
Sacramento, CA 95811

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 22, 2013, at South Pasadena, California.

Dated:  July 22, 2013                     */s/ Stefanie Martinez*
                                          **STEFANIE MARINEZ**