UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,

        NO. CIV. S-13-0937 LKK/AC

    Plaintiff,

  v.

        O R D E R

SEKOU A. STRIVERS,
individually and d/b/a/
SEKOU'S BBQ FRIED CHICKEN,
FISH AND SEAFOOD; and
STRIVERS ENTERPRISES, LLC,
an unknown business entity
d/b/a SEKOU'S BBQ FRIED
CHICKEN, FISH AND SEAFOOD,

    Defendants.
_____/

    Plaintiff filed its complaint on May 13, 2013. Summons issued the next day. Plaintiff has not yet served defendants. A status conference was initially set for August 5, 2013. As defendants had not yet been served by order filed July 31, 2013, plaintiff was granted a period of up to forty-five days in which to serve summons and complaint, file a motion for service by publication, or, in the alternative, a notice of voluntary dismissal. (ECF No. 8)  The status conference was continued to September 9, 2013. Id.

1

On August 26, 2013, plaintiff filed a status report in which plaintiff represents that service has "not yet been perfected" on defendants. In an abundance of caution, the court will continue the status conference to September 30, 2013. Plaintiff is cautioned that failure to comply with the July 31, 2013 order by September 16, 2013 may result in the dismissal of this action pursuant to Fed. R. Civ. P. 4(m) or Fed. R. Civ. P. 41.

Accordingly, the court hereby orders as follows:

[1] Plaintiff is DIRECTED to comply in full with the July 31, 2013 order not later than September 16, 2013.[1] Failure to do so without a showing of good cause may result in dismissal of this action and possible monetary sanctions.

[2] The status conference scheduled for September 9, 2013 is VACATED.

[3] The status conference is RESET for September 30, 2013 at 2:30 p.m. Parties shall file status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: September 6, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiffs should include a copy of this Order with the documents they serve on defendants.

2