UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | No. CIV. S-13-0937 LKK/AC |
| Plaintiff, | |
| v. | **ORDER** |
| SEKOU A. STRIVERS, et al., | |
| Defendants. | |

Plaintiff filed its complaint on May 13, 2013. Summons issued the next day. A status conference was initially set for August 5, 2013. By order filed July 31, 2013, the status conference was continued to September 9, 2013 and plaintiff was directed to complete service of process within forty-five days. (ECF No. 8).

On August 26, 2013, plaintiff filed a status report representing that service had "not yet been perfected" on defendants. (ECF No. 10) For that reason, the court continued the status conference to September 30, 2013 and cautioned plaintiff that failure to comply with the July 31, 2013 order by September 16, 2013 might result in the dismissal of this action

1

1  pursuant to Fed. R. Civ. P. 4(m) or Fed. R. Civ. P. 41.  (ECF No.
2  11)
3       On September 16, 2013, plaintiff filed a status report.
4  Therein, plaintiff represents that defendants were served with
5  process on August 29, 2013 and that their response to the
6  complaint was due on September 19, 2013.  Defendants have not
7  responded to the complaint or otherwise appeared in the action.
8       Accordingly, the status conference set for September 30,
9  2013 is vacated.  Plaintiff shall file a motion for default
10 within fifteen (15) days from the date of this order.
11      IT IS SO ORDERED.
12      DATED:  September 25, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2