UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc. ,<br><br>      Plaintiff,<br><br>   v.<br><br>Sekou A. Strivers, Strivers Enterprises, LLC,<br><br>      Defendant. | Case No. 2:13-cv-00937 LKK AC<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED for the plaintiff in the amount of $5,000.00 against defendants:

Sekou A. Strivers, Strivers Enterprises, LLC

Date: February 19, 2014　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　By: /s/  G. Michel
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk